**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-01033-EWN-MJW

PENGCHENG LIU,

      Plaintiff,

v.

ALBERTO R. GONZALES, United States Attorney General,
MICHAEL CHERTOFF, Department of Homeland Security Secretary,
EMILIO T. GONZALEZ, United States Citizenship and Immigration Director,
JANE ARELLANO, USCIS Los Angeles District Office Director, and
ROBERT S. MUELLER, III, Federal Bureau of Investigation Director,

      Defendants.

---

**ORDER**

---

      The court, having been advised of the status of this action at a status conference held on June 15, 2007, hereby ORDERS the Federal Bureau of Investigation to complete its background checks regarding the plaintiff and to forward the results to United States Citizenship and Immigration Services within 30 days of the date of this Order.

      SO ORDERED:

      DATED: June 19, 2007

                                              s/ Edward W. Nottingham
                                              Edward W. Nottingham
                                              Chief United States District Judge