# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01033-EWN-MJW

PENGCHENG LIU,

    Plaintiff,

v.

ALBERTO R. GONZALES, United States Attorney General,
MICHAEL CHERTOFF, Secretary, United States Department of Homeland Security,
EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services,
JANE ARELLANO, United States Citizenship and Immigration Services, Los Angeles District Office Director, and
ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation,

    Defendants.

_____

## ORDER
_____

The Court having reviewed the Joint Stipulated Motion for Dismissal, and sufficient cause appearing, it is ORDERED that the motion is GRANTED.  This action is dismissed with prejudice, with each party to bear its own costs and fees.

IT IS SO ORDERED.

DATED: August 27, 2007

                                              s/ Edward W. Nottingham
                                              Edward W. Nottingham
                                              Chief United States District Judge